JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TEMECULA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PECHANGA BAND OF LUISEÑO INDIANS,<br><br>    Defendant.<br>_____ | Case No.: CV 10-7378 DSF (VBKx)<br><br>JUDGMENT |

    The Court having dismissed the claims against Defendants,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

4/12/11

Dated: _____        _____
                                                           Dale S. Fischer
                                          United States District Judge